ADAM L. BRAVERMAN
United States Attorney
JULIA A. CLINE
Special Assistant United States Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6783
Email: Julia.Cline@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-0237-JAH |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS |
| v. | |
| Nadar Hassan Elhatem, | |
| Defendant. | |

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Adam L. Braverman, United States Attorney, and Julia A. Cline, Special Assistant United States Attorney, and respectfully requests, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, that the Court dismiss the Information in the above-entitled case in the interest of justice.

DATED: September 28, 2018.

Respectfully submitted,
ADAM L. BRAVERMAN

United States Attorney

*s/ Julia A. Cline*
JULIA A. CLINE
Special Assistant U.S. Attorney

|  | UNITED STATES DISTRICT COURT |
|--|--|

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, ) | Case No. 18-CR-0237-JAH |
|---|---|
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| v. ) | |
| Nadar Hassan Elhatem, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Julia A. Cline, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Government's Motion to Dismiss on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Serena Premjee, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on September 28, 2018.

*s/ Julia A. Cline*
JULIA A. CLINE
Special Assistant U.S. Attorney